THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MONROE FRANKLIN, JR., Defendant-Appellant.

(No. 72-275;

Second District—November 29, 1973.

Opinion by Mr. JUSTICE SEIDENFELD.

Ralph Ruebner, Deputy Defender, of Elgin, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford (James W. Jerz, of Model District State's Attorneys Office, of counsel), for the People.